# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kiet Vo                                                      Docket No. 5:17-CR-321-2FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Kiet Vo, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 6th day of November, 2017.

The defendant appeared before Robert B. Jones, Jr., the U.S. Magistrate Judge for arraignment on the 16th day of January, 2018, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has reported to the probation officer that he could benefit from mental health counseling. Counsel for the defendant and government has been contacted and neither had an objection to a condition requiring mental health counseling as instructed by the probation office. The defendant signed a waiver agreeing to the proposed modification of his pretrial conditions.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of release be modified to include the following:

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                          /s/ Jared Britt
Michael C. Brittain                               Jared Britt
Supervising U.S. Probation Officer           U.S. Probation Officer
                                                                  150 Rowan Street Suite 110
                                                                   Fayetteville, NC 28301
                                                                   Phone: 910-354-2549
                                                                   Executed On: February 06, 2018

### ORDER OF THE COURT

Considered and ordered the \_\_6th\_\_ day of \_\_February\_\_, 2018, and ordered filed and made part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge