IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-321-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER TO SEAL |
| | ) |
| KIET VO, | ) |
| | ) |
| Defendant. | ) |

UPON SUFFICIENT CAUSE SHOWN, the Court hereby GRANTS Defendant's Motion to Seal Documents. Defendant's Sentencing Memorandum and accompanying exhibits are to be SEALED.

This the 16th day of May, 2018.

HON. LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE